# FILED

MAY 0 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

William F. Veaver
(Name of Plaintiff)
35 County Center Dr
(Address of Plaintiff)
Oroville CA 95965

vs.

Jerry W. Smith For
Butte Co Jail 34
County Center Dr Oroville, CA
(Names of Defendants)          95965

**2:14 - CV - 1 1 5 4    CKD PC**

(Case Number)

COMPLAINT

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:   ☒ Yes   ☐ No

B. If your answer to A is yes, how many?: ____1____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff    William F. Veaver

Defendants    Butte County Jail

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

3

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_Eastern District Court_

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _4-25-14_

7. Approximate date of disposition _Pending on this Application_

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?     ☒ Yes     ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?

☒ Yes     ☐ No

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?     ☒ Yes     ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _Jerry W. Smith_ is employed as _Sheriff of Butte County_ at _Butte County_

B. Additional defendants _Gertz, Von ECK, Vang, Sheldon, Keeling, and Aitken_

_____

_____

_____

_____

4

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Butte County Jail Violates VI VIII XIV Ammendments Due process Law, equal Protection under law and cruel and unusual Punishment through fear, intimidation and menace. The felsitye documentation and punish you for things You don't say (because the gaurds never lie) right yeah They put hand cuffs on so tight it cut into my wrists twice and threw me to the bed insyring my let shoulder thanks to VanEck and Vang

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

large enough monitary and Declairitive and inJunctive relief Whare they relize the law is equal to all Citizens of America, no matter how small or weak. my Wedding ring returned that inmate Mark Wright took and 169.91 in commissary 1,500,000 Monitary relief 1,000,000 Punitive relief (Declaritive relief) rights Declared regard Grievance procedure (Injunctive relief) Training about violence and treating prisoners

Signed this __19__ day of __April__, 20__14__.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__4-19-14__
(Date)

_____
(Signature of Plaintiff)

5

7. Ground 2 or Ground 3 (if applicable):

Gertz and Sheldon and Keeling abusing me on 3-30-14 See Grievance # 14-0438 I put in for medical for my injuries but the chose not to document my report due to the fact it had to do with Guards. Then on Grievance 14-0423 the Jail Commander Denied me my XIV ammendment and VI ammendment-

ment, and XIV ammendment to Due Process Law equal protection and right to my proprety my wife gave me my wedding ring I've worn it over 11 years now Merk Wright an Inmate here at the Jail hit me and made me give it up on Dec 23/13 I also had to give him my wrist band so he could collect my Commissary I thought the guards knew me but they gave it to him under my name he extorted me out all 96.91 of food and coffie and the Jail staff did not get my ring nor replace my commissary amounting to a VIII ammendment cruel and unusual punishment violation while in their "case". The Grievence did not or was not allowed to go through my only Due process Law I here in Jail it went straight to command level denied violating my XIV Ammendment right to equal protection, how would you feel if someone beat on you and took your thing, and the police would do nothing because they either don't like you or your just an Inmate Muto said he received my Grievence and would be answered by a correctional sergeant but it went straight to command over 96.91 the hell with the money what about my ring for my wedding. The cops all try to cover each others asses ie (Consperacy). In Grievance # 14-0424 the Jail refuses to give all my legal work and my Bible that my Father ie (Priest) Gave me it's blessed and I brought it from Tehama County Jail here when transfered, they say the stuff is contraband because it did not dirive from this facility, a VI ammendment violation my right to my established religious Practice my legal paper to be secure on my person and Due process Law

regarding my personal proprety. In Grievance 14-4440 about Utang lying in his report he wrote about me # 14-AB5853 it becomes a consperacy within the meaning of the penal code where sergeant Lyon respons first then sergen S Aqurkis then LT Hays Denies stating "I agree with sergent Copley" when sergent Copley was never involved showing how the Sheriff Jerry W. Smith employes very self centered men who lie and cover each other at all cost, disregarding their Constitutional oath to not lie and uphold it,

6

7. Grounds 2 (if applicable):

and protect and defend the Constitution of the United States under 18 USC 2381 In Grievance # 14-0495 they all really show their asses, it's regarding the previous mentioned Grievance 14-0440 and LT. Hayes, furthering the Consperacy by the Jail Comander not allowing the Grievance to go through Written policy

a. Supporting facts:

See Jail HandBook regarding Grievance procedure and he denied it without reason responce thats how Butte County Jail handles all their screw ups in the Jail Denie, Denie Denie! However they sent me all copies back not following Written policy on the distribution of the Color coded copies I have all four as evidence in my behalf. In Grievance # 14-0480 Sergeant Hadley lies and says "I refused to Cooperate" because I'm behind a locked door and yelling regarding his disrespect telling me to "Shut up"; in Violation of my "I Ammendment right to freedom of speech and he also said "yes" to my question, if "he was going to beat me up" thereby Threatening me "under the color of Authority", this is all in regards to my legal papers that are being withheld from me still to this date he only brought some of my notes, and stuff are on the back of request slips from Tehema County Jail of which complaint was made also the fact they denie me legal phone calls from the out of Pod Phone the dial for you. I'm in pro per Case # CM027162 which is in this County. In Grievance # 14-0513 I again try to address my wedding ring and the Commissary of $86.41 that Inmate took from me through the use of fear intimidation or menace I got a response from Sergeant Hadley on 4-2-14 but it's now 4-19-14 and no follow up has been completed again denieing me my Due process Law, The ad hock policy of Butte County

b. Supporting cases, rules, or other authority:

needs to be fixed and maintained so Inmates canbe secure in rights and proprety without fear from Staff or inmates, In Grievance # 14-0579 My medical was diagnosed in need of tramadol 100mg three times a day When I was transfered to Butte County from Tehema County it went

7

_____ (if applicable):

from 100 mg three times to 50 mg twice and my physycate ic Seriquil went from 100 mg aday twice to none at all now the medical doctor DR Baker has me on 200 mg throzine in the morning to 400 mg at night which is bad for my liver I have Hepititis C Genome type One-A the Most severe you

**Supporting facts:**

Can aquire in violation of my VIII ammehdment regardi Cruel and unusal punishment leaving me in chronic pain from a myrid of medical problems, but the worst is the 3Cm Rupture of my left Achillies tendon on my leg from 3-27-14 — 4-16-14 also making me climb stairs in that condition until the PA Nurse Practitioner got around to seeing me and re newing my Tramadol at 100mg twice aday still leaving me in pain from 12pm to 40m then from 11pm to 5am the next morning, even so the staff still Denied Grievance # 14-0529 like all never offering a res-llution as stated in Jail Hanbook concerning Grievance procedure.
In Grievance # 14-0545 my self addressed stamped envelope I sent on 4-9-14 to Butte County clearly marked was opened no resllution was offered due to the fact it was opened out of my presence in violation XIV ammendment under equal protection of the law regarding Inmate legal Mail.

In conclusion Butte county Jails Grievance is a farse, and the staff conspire to denie any and all grievances no resslutuon is offered, or the staff wont all Due process of law stating "once a Grievance is denied your option is to take it to court" however the court will not see your complaint if the grievance has not "exausted Admnistrative remidies". The officers of the Jail ommit Material facts from their write ups, and you get left holding the the bag cause your a "criminal", and the medical is lacking a far cry of care as in CDCR even though this is considered a from "County Prison" of which complaint is made. I pray the court find

b. Supporting authority:

in favor of the Plaintiff and issue a order to show cause as to why the Honnorable Court should not rule in favor of the Plaintiff.

8

## PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age, a resident of the State of California and (a party) not a party (mark one out) to the within cause of action. That on this date I did cause a true and correct copy of _____ 14 _____ to be served on the parties to the action by:

_____  depositing same in the U.S. Mail with first class postage prepaid and addressed as follows:

___✓___  delivering same in person to the address as follows and placing into the control of the below listed party or their representative;

Butte County Jail Staff

_____

_____

EXECUTED THIS __6__ DAY OF __April__, __2014__, UNDER PENALTY OF PERJURY

IN __Butte County__, CALIFORNIA.

William F. Weaver  [ = = mE3 ]

_____
                                                      Declarant