UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F.B. VEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY W. SMITH, et al.,<br><br>    Defendants. | No. 2:14-cv-1154 MCE CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed May 14, 2014, plaintiff's complaint was dismissed with leave to file an amended complaint. The time allotted for filing an amended complaint has now expired, and plaintiff has not filed an amended complaint or explained his failure to do so. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

/////

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 15, 2014

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
veav1154.31